CITY OF BRIDGEPORT *v.* RONA V. FINIZIE ET AL.

The defendant Rona V. Finizie's petition for certification for appeal from the Appellate Court (AC 12828) is dismissed.

*Rona V. Finizie,* pro se, in support of the petition.

*Ronald D. Japha,* in opposition.

Decided September 14, 1994

DEWITT BOYCE *v.* STATE FARM INSURANCE COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 40 (AC 12280), is denied.

*Bruce D. Jacobs,* in support of the petition.

*Daniel P. Scapellati,* in opposition.

Decided September 14, 1994

ANGEL DAVID BAEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Angel David Baez' petition for certification for appeal from the Appellate Court, 34 Conn. App. 236 (AC 11719), is denied.

*John W. Watson,* assistant public defender, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided September 14, 1994